IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DIRECTV, INC., ) | |
| ) | Civil Action No. 5:03CV00094 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | By: Hon. Glen E. Conrad |
| CHARLES W. TYLER, ) | United States District Judge |
| ) | |
| Defendant. ) | |

The plaintiff, DIRECTV, Inc., ("DIRECTV") brought this action against the defendant, Charles W. Tyler ("Tyler"), alleging that the defendant violated federal and state law by illegally intercepting DIRECTV's satellite programming. DIRECTV filed its complaint against Tyler on November 14, 2003. Tyler responded with a letter answer on December 18, 2003. However, Tyler failed to appear at a pretrial conference scheduled for March 22, 2004 and a settlement conference scheduled for August 4, 2004. Tyler also failed to appear at a hearing on a motion to show cause on September 24, 2004. DIRECTV propounded discovery requests, including a request for admissions, on Tyler on April 29, 2004. Tyler did not respond until April 18, 2005, after DIRECTV filed a motion for summary judgment. At the scheduled trial date of May 18, 2005, counsel for DIRECTV was present, however Tyler, a pro se defendant, failed to appear. The defendant had been previously notified of the trial date by certified mail that had not been returned to the Clerk's office. In open court, the plaintiff moved for an entry of default against Tyler.

Based upon defendant's failure to appear on the scheduled trial date, as well as on several prior hearing dates, the court finds that the defendant is in default pursuant to Federal Rule of

Civil Procedure 55(b)(2). Plaintiff has agreed to a damage calculation reflecting the lowest statutory damage amount available under each count of the complaint. The court has calculated that amount to be $21,000.00. Therefore, it is hereby

ORDERED

that plaintiff's motion for default is GRANTED. Furthermore, it is hereby ADJUDGED and ORDERED that plaintiff shall recover the sum of $21,000.00 from the defendant.

The plaintiff has also filed a petition for attorneys' fees in the amount of $12,297.85. The statutes at issue in this case permit a plaintiff to recover a reasonable attorney's fee. 18 U.S.C. § 2520(b)(3); 47 U.S.C. § 605(e)(3)(B)(iii). The court will take plaintiff's request under advisement for a period of thirty (30) days from the date of this Order in order to give the defendant time to object to the reasonableness of the amount of attorneys' fees if he is so advised.

The Clerk is directed to send certified copies of this Order to defendant and counsel for the plaintiff.

ENTER: This 23rd day of May, 2005.

_____
United States District Judge